# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Donald, Bernice B. | Court of Appeals, Sixth | 06/17/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Court of Appeals, Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Court of Appeals
167 N. Main Street, #1132
Clifford Davis/ Odell Horton Federal Building
Memphis, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice Chair, Criminal Justice Section (1/15 - 8/15) | American Bar Association |
| 2. | Chair, Criminal Justice Section (8/15 - 12/15) | American Bar Association |
| 3. | Director (through May, 2015) | Soulsville Museum |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 06/17/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia | January 4-8, 2015 | Charlottesville, VA | Trial Advocacy program | Transportation, Lodging, & Food |
| 2. | American Bar Association | January 24-26, 2015 | New Orleans, LA | Mock Trial Competition | Transportation, Lodging, & Food |
| 3. | American Bar Association | January 29-30, 2015 | Scottsdale, AZ | Construction Forum | Transportation, Lodging, & Food |
| 4. | American Bar Association | March 4-6, 2015 | New Orleans, LA | Criminal Justice | Transportation, Lodging, & Food |
| 5. | American Bar Association | March 11-13, 2015 | Chicago, IL | Bar Leadership Institute | Transportation, Lodging, & Food |
| 6. | New York Administrative Judiciary | March 18-21, 2015 | New York, NY | Educational Program, Speaker | Transportation, Lodging, & Food |
| 7. | American Bar Association | March 24-28, 2015 | Naples, FL | Educational Program | Transportation, Lodging, & Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 06/17/2016 |

| | | | | |
|---|---|---|---|---|
| 8. Kentucky Bar Association | April 9-10, 2015 | Louisville, KY | Speaker | Transportation, Lodging, & Food |
| 9. American Bar Association | April 16-18, 2015 | Boca Raton, FL | Conference | Transportation, Lodging, & Food |
| 10. American Bar Association | April 23-26, 2015 | St. Petersburg, FL | Meeeting | Transportation, Lodging, & Food |
| 11. American Bar Association | May 14-15, 2015 | St. Antonio, TX | Educational Conference and Meeting | Transportation, Lodging, & Food |
| 12. American Bar Association | May 30-31, 3015 | Denver, CO | Mental Health Standards | Transportation, Lodging, & Food |
| 13. Federal Judicial Center | June 1-2, 2015 | Washington, DC | Educational Conference | Transportation, Lodging, & Food |
| 14. American Bar Association | June 4-6, 2015 | Kinshasha, DRC | Meeting | Transportation, Lodging, & Food |
| 15. American Bar Association | June 8-10, 2015 | Philadelphia, PA | Book Board Meeting | Transportation, Lodging, & Food |
| 16. United States Patent & Trademark Office | July 21-23, 2015 | San Juan, Costa Rica | Teaching | Transportation, Lodging, & Food |
| 17. Department of Justice | August12-14, 2015 | Columbia, SC | Teaching | Transportation, Lodging, & Food |
| 18. United States Patent & Trademark Office/OPDAT | September 6-12, 2015 | Lima, Peru | Faculty, Judicial Training | Transportation, Lodging, & Food |
| 19. American Bar Association | September 26-27, 2015 | Washington, DC | Juvenile Standards | Transportation, Lodging, & Food |
| 20. National Conference of Bankruptcy Judges | September 27-28, 2015 | Miami, FL | Meeting | Transportation, Lodging, & Food |
| 21. United States Patent & Trademark Office | September 28-30, 2016 | Mexico City, Mexico | Faculty | Transportation, Lodging, & Food |
| 22. National Conference of State Tax Judges | October 1-3, 2015 | Cambridge, MA | Teaching | Transportation, Lodging & Food |
| 23. American Bar Association (White Collar Crime Institute) | October 10-13, 2015 | London, UK | Faculty | Transportation, Lodging & Food |
| 24. American University (Jurist in Rersidence) | October 15-17, 2015 | Washington, DC | Faculty | Transportation, Lodging & Food |
| 25. Federal Judicial Center | November 4-6, 2015 | Philadelphia, PA | Educational Conference | Transportation, Lodging & Food |
| 26. Federal Judicial Center | November 13-15, 2015 | Long Island, NY | Educational Conference | Transportation, Lodging & Food |
| 27. American Bar Association | November 16-22, 2015 | Shanghai, China | Meeting | Transportation, Lodging, & Food |
| 28. American Bar Association | December 7, 2015 | Washington, DC | Educational Meeting | Transportation, Lodging, & Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 06/17/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lincoln Variable Annuity | A | None | O | U | Buy | 09/25/15 | M | A | ▬▬▬ |
| 2. American Global Growth C | A | Distribution | J | U | Buy | 08/25/15 | J | A | ▬▬▬ |
| 3. Allianzgt Income & Growth C | A | Dividend | J | U | Buy | 08/25/15 | J | A | ▬▬▬ |
| 4. AAM Bahl & Graynor Inc. GWC | A | Dividend | J | U | Buy | 08/25/15 | J | A | ▬▬▬ |
| 5. Highland Healthcare C | A | Dividend | J | U | Buy | 09/08/15 | J | A | ▬▬▬ |
| 6. Highland Healthcare | A | Dividend | J | U | Buy (add'l) | 12/29/15 | J | A | ▬▬▬ |
| 7. Domini Int'l Social Equity Fund | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 8. Ishares S&P 500 Val ETF | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 9. Brown Adv Sm Cp FNDMNTL | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 10. EGShares Emerging Markets | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 11. Fioneer Mlti Ast. Ult Shr Inc | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 12. John Hancock Shr Dur Cr Opp | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 13. American WA Mutual | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 14. American AMCAP | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 15. Allanzgi NFG J Div Value | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 16. PIMCO Foreign BD US Opps | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |
| 17. Blackrock US Opps | A | Dividend | J | U | Buy | 10/01/15 | J | A | ▬▬▬ |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 06/17/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amer Cent Intl GRWINV | A | Dividend | J | U | Buy | 10/01/15 | J | A | |
| 19. AB SMALL CAP GRW ADV | A | Dividend | J | U | Buy | 10/01/15 | J | A | |
| 20. AMERICAN GW FD OF AMERICA F2 | A | Dividend | J | U | Buy | 10/01/15 | J | A | |
| 21. LORD ABBETT INCOME F | A | Dividend | J | U | Buy | 10/01/15 | J | A | |
| 22. LORD ABBETT SHT DURATION INC F | A | Dividend | J | U | Buy | 10/01/15 | J | A | |
| 23. ARIEL FUND | A | Dividend | J | U | Buy | 10/01/15 | J | A | |
| 24. BLACKROCK TOTAL RET I | A | Dividend | J | U | Buy | 10/01/15 | J | A | |
| 25. MORGAN STANLEY BANK NA | A | Dividend | J | U | Buy | 10/01/15 | J | A | |
| 26. Waddell & Reed Investment Account (H) | | | | | | | | | |
| 27. First Horizon | B | Dividend | J | T | | | | | |
| 28. Proctor & Gamble | D | Distribution | J | T | | | | | |
| 29. Reynolds American Inc. | C | Dividend | J | T | | | | | |
| 30. Ford Motor Co | B | Dividend | J | T | | | | | |
| 31. Pioneer Cash Reserves | C | Dividend | J | T | | | | | |
| 32. Facebook | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 06/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII   I opened and investment account with Waddell & Reed in February 2013, to which I contribute $3500.00 monthly from my federal salary.

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 06/17/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Bernice B. Donald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544